**Clara WESALA, Respondent,**

v.

**CITY OF VIRGINIA,**
**Petitioner, Appellant.**

**C7–86–218.**

Supreme Court of Minnesota.

Feb. 24, 1987.

**ORDER**

WHEREAS, the above-entitled matter was heard by the court sitting en banc on Thursday, February 5, 1987; and

WHEREAS, the court has determined that there exists no controversy between the parties;

IT IS HEREBY ORDERED that the order of August 20, 1986, granting the petition of the City of Virginia for further review of the decision of the Court of Appeals be, and the same is, vacated and the appeal is dismissed.

# SUPREME COURT OF MINNESOTA

## DECISIONS WITHOUT PUBLISHED OPINIONS

| Title | Docket Number | Date | Disposition | Appeal from and Citation |
|---|---|---|---|---|
| Levine v. Inter-City Oil | C2–86–1065 | 2/2/87 | Affirmed | Workers' Compensation Ct. of Appeals |
| Shaw v. Machine Tool Supply, Inc. | C0–86–1114 | 2/2/87 | Affirmed | Workers' Compensation Ct. of Appeals |
| Thunstrom v. C.W. Transport, Inc. | C7–86–1126 | 2/2/87 | Affirmed | Workers' Compensation Ct. of Appeals |
| Wanglie v. City of Golden Valley | C2–86–1096 | 2/2/87 | Affirmed | Workers' Compensation Ct. of Appeals |
| Webster v. Northfield City Hosp. | C9–86–981 | 2/2/87 | Affirmed | Workers' Compensation Ct. of Appeals |

† Petition to Review Pending